**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  TRIAD CONCRETE, INC.         §  Case No. 15-35781
                                     §
                                     §
                                     §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/21/2015. The undersigned trustee was appointed on 10/21/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         41,182.67

    Funds were disbursed in the following amounts:

    Payments made under an
       interim distribution                                   12,000.00
    Administrative expenses                                   15,429.86
    Bank service fees                                            548.15
    Other payments to creditors                                    0.00
    Non-estate funds paid to 3rd Parties                           0.00
    Exemptions paid to the debtor                                  0.00
    Other payments to the debtor                                   0.00

    Leaving a balance on hand of[1]              $         13,204.66

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/14/2016 and the deadline for filing governmental claims was 04/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,868.27. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,218.62, for a total compensation of $2,218.62$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2017               By: /s/ Norman B. Newman
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

| | Exhibit A |
|---|---:|
| **Form 1** | |
| **Individual Estate Property Record and Report** | Page: 1 |
| **Asset Cases** | |

**Case No.:** 15-35781  
**Case Name:** TRIAD CONCRETE, INC.  
**For Period Ending:** 11/16/2017

**Trustee Name:** (330270) Norman B. Newman  
**Date Filed (f) or Converted (c):** 10/21/2015 (f)  
**§ 341(a) Meeting Date:** 12/09/2015  
**Claims Bar Date:** 03/14/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---:|---:|---|---:|---:|
| 1 | Mortgage on R/E and blanket UCC-1, assets.<br>Imported from original petition Doc# 1 | 308,138.00 | 59,692.58 | | 0.00 | FA |
| 2 | Asset was a duplicate to #1 - deleted (u)<br>Imported from Amended Doc#: 6 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | MB Financial Bank Checking Account<br>Imported from Amended Doc#: 6 | 13,138.00 | 13,138.00 | | 13,507.77 | FA |
| 4 | Traid Custom Builders (also in companion chapter<br>Imported from Amended Doc#: 6 | 52,956.00 | 52,956.00 | | 0.00 | FA |
| 5 | Third Party AR (u)<br>Imported from Amended Doc#: 6 | 20,000.00 | 20,000.00 | | 13,569.90 | FA |
| 6 | 2006 Sterling Truck Crane<br>Imported from original petition Doc# 1 | 90,000.00 | 90,000.00 | | 0.00 | FA |
| 7 | 1999 GMC Cube Van<br>Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8 | 1999 International 4700 Dumo<br>Imported from original petition Doc# 1 | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 9 | 2003 Kaufman Trailer<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10 | 2006 Kaufman Trailer<br>Imported from Amended Doc#: 6 | 8,000.00 | 8,000.00 | | 2,750.00 | FA |
| 11 | 1985 International F1900 Dump<br>Imported from Amended Doc#: 6 | 8,000.00 | 8,000.00 | | 2,250.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 15-35781 | Trustee Name: | (330270) Norman B. Newman |
|---|---|---|---|
| Case Name: | TRIAD CONCRETE, INC. | Date Filed (f) or Converted (c): | 10/21/2015 (f) |
| | | § 341(a) Meeting Date: | 12/09/2015 |
| For Period Ending: | 11/16/2017 | Claims Bar Date: | 03/14/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | 2002 GEHC 7800 Skidsteer<br>Imported from original petition Doc# 1 | 12,000.00 | 12,000.00 | | 6,600.00 | FA |
| 13 | 98 GEHL 5625 Skipsteer<br>Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 14 | 1997 GEHL 4615 SkidSteer<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15 | Misc. Hand Tools<br>Imported from Amended Doc#: 6 | 5,000.00 | 5,000.00 | | 2,505.00 | FA |
| **15** | **Assets       Totals**     (Excluding unknown values) | **$549,232.00** | **$300,786.58** | | **$41,182.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

Begining TFR preparation.

| Initial Projected Date Of Final Report (TFR): | 11/30/2016 | Current Projected Date Of Final Report (TFR): | 10/20/2017 (Actual) |
|---|---|---|---|

UST Form 101-7-TFR (5/1/2011)

| | | | | Exhibit B |
|---|---|---|---|---:|
| | | | | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-35781 | | Trustee Name: | Norman B. Newman (330270) |
| Case Name: | TRIAD CONCRETE, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1624 | | Account #: | ******7666 Checking Account |
| For Period Ending: | 11/16/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/2015 | {3} | Sal Alfano | Turnover of funds from Bank Account | 1129-000 | 13,507.77 | | 13,507.77 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.00 | 13,496.77 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.71 | 13,478.06 |
| 02/15/2016 | 101 | Rosa Alfano | Storage Fees pursuant to Order entered 1/26/16 | 2410-000 | | 3,000.00 | 10,478.06 |
| 02/17/2016 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #15-35781, Bond #10BSBGR6291 | 2300-000 | | 14.94 | 10,463.12 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.53 | 10,445.59 |
| 03/09/2016 | | PPL Group, LLC | Proceed from auction sale | | 1,694.50 | | 12,140.09 |
| | {10} | | $2,750.00 | 1129-000 | | | 12,140.09 |
| | {11} | | $2,250.00 | 1129-000 | | | 12,140.09 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | | | | | Page: 2 |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-35781 | | Trustee Name: | Norman B. Newman (330270) |
| Case Name: | TRIAD CONCRETE, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1624 | | Account #: | ******7666 Checking Account |
| For Period Ending: | 11/16/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {12} | | $6,600.00 | 1129-000 | | | 12,140.09 |
| | {15} | | $2,505.00 | 1129-000 | | | 12,140.09 |
| | | | Auctioneer Fees -$1,410.50 | 3630-000 | | | 12,140.09 |
| | | | Auctioneer Expenses -$11,000.00 | 3640-000 | | | 12,140.09 |
| 03/28/2016 | {5} | Greater Illinois Title Co. | Kimball Court Apartments Projects Balance | 1221-000 | 9,324.10 | | 21,464.19 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.07 | 21,445.12 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.73 | 21,415.39 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.69 | 21,385.70 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.74 | 21,351.96 |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                                          ! - transaction has not been cleared

Exhibit B
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-35781 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | TRIAD CONCRETE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1624 | Account #: | ******7666 Checking Account |
| For Period Ending: | 11/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.60 | 21,322.36 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.64 | 21,288.72 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.53 | 21,258.19 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.47 | 21,228.72 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.48 | 21,196.24 |
| 12/21/2016 | {5} | Title Services, Inc. | Account Receivable due on Finley Appartment | 1221-000 | 4,245.80 | | 25,442.04 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.82 | 25,410.22 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.97 | 25,371.25 |
| 02/10/2017 | 103 | U.S. BANK National Association | Full satisfaction of secured claim | 4210-000 | | 12,000.00 | 13,371.25 |
| 02/13/2017 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #15-35781, Bond #016073584 | 2300-000 | | 4.42 | 13,366.83 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.57 | 13,340.26 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                       ! - transaction has not been cleared

| | | | Exhibit B |
|---|---|---|---:|
| | Form 2 | | Page: 4 |

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-35781 | Trustee Name: | Norman B. Newman (330270) | |
| Case Name: | TRIAD CONCRETE, INC. | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***1624 | Account #: | ******7666 Checking Account | |
| For Period Ending: | 11/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.82 | 13,320.44 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.88 | 13,302.56 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.04 | 13,281.52 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.10 | 13,262.42 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.43 | 13,243.99 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.95 | 13,223.04 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.38 | 13,204.66 |
| | | **COLUMN TOTALS** | | | 28,772.17 | 15,567.51 | $13,204.66 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 28,772.17 | 15,567.51 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$28,772.17** | **$15,567.51** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 5

| | |
|---|---|
| **Case No.:** | 15-35781 |
| **Case Name:** | TRIAD CONCRETE, INC. |
| **Taxpayer ID #:** | **-***1624 |
| **For Period Ending:** | 11/16/2017 |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7666 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7666 Checking Account | $28,772.17 | $15,567.51 | $13,204.66 |
| | **$28,772.17** | **$15,567.51** | **$13,204.66** |

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-35781
Case Name: TRIAD CONCRETE, INC.
Trustee Name: Norman B. Newman

**Balance on hand:** $ 13,204.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | U.S. Bank National Association | 117,335.57 | 0.00 | 0.00 | 0.00 |
| 7 | U.S. Bank National Association | 191,569.78 | 0.00 | 0.00 | 0.00 |
| 8 | U.S. Bank National Association | 286,022.63 | 12,000.00 | 12,000.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,204.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 4,868.27 | 0.00 | 2,218.62 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 24,007.50 | 0.00 | 10,940.95 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 98.94 | 0.00 | 45.09 |

Total to be paid for chapter 7 administrative expenses: $ 13,204.66
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,015.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Employment Security | 1,180.29 | 0.00 | 0.00 |
| 11 | Illinois Department of Revenue | 835.00 | 0.00 | 0.00 |
| | | Total to be paid for priority claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $100,661.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank | 9,468.06 | 0.00 | 0.00 |
| 2 | Wessels Sherman | 4,571.20 | 0.00 | 0.00 |
| 3 | Carroll Distributing | 4,625.41 | 0.00 | 0.00 |
| 4 | American Express Bank | 11,419.08 | 0.00 | 0.00 |
| 5 | Laborers' Pension & Health & Welfare Funds | 7,541.43 | 0.00 | 0.00 |
| 9 | VCNA Prairie, Inc. | 63,036.38 | 0.00 | 0.00 |
| | | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $80.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10U | Illinois Department of Employment Security | 80.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**