UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| TRIAD CONCRETE, INC., | ) | Case No. 15-35781 |
| | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on November 17, 2017, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

8167823_1

## TRIAD CONCRETE, INC. SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Gina Krol
Cohen & Krol
105 W. Madison Street
Suite 1100
Chicago, IL 60602

Capital One Bank (USA), N.A.
American Infosource, LP, as Agent
P.O. Box 71083
Charlotte, NC 28272-1083

Wessels Sherman
9800 Shelard Parkway, Suite 310
Minneapolis, MN 55441

Carroll Distributing
205 S. Iowa Street
Ottumwa, IA 52501

Beckett and Lee, LP
P.O. Box 3001
Malvern, PA 19355-0701

Laborers' Pension and Health
and Welfare Funds
c/o Patrick T. Wallace
111 W. Jackson Boulevard
Suite 1415
Chicago, IL 60604

U.S. National Bank Association
c/o Jeffrey M. Monberg
Quarles & Brady, LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

VCNA Prairie, Inc.
c/o John J. O'Leary
20 N. Clark Street, Suite 850
Chicago, IL 60602

Illinois Department of Employment
Security
33 S. State Street-Bankruptcy Unit –
10th Flr.
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

8167823_1