**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TRIAD CONCRETE, INC. § Case No. 15-35781
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $483,094.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $12,000.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $29,182.67 | | |

3) Total gross receipts of $41,182.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $41,182.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $993,781.68 | $594,927.98 | $12,000.00 | $12,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $44,952.72 | $44,952.72 | $29,182.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,015.29 | $2,015.29 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $368,178.12 | $100,741.56 | $100,741.56 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,361,959.80 | $742,637.55 | $159,709.57 | $41,182.67 |

4) This case was originally filed under chapter 7 on 10/21/2015. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    01/19/2018          By: /s/ Norman B. Newman
                                   Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. Hand Tools | 1129-000 | $2,505.00 |
| MB Financial Bank Checking Account | 1129-000 | $13,507.77 |
| Third Party AR | 1221-000 | $13,569.90 |
| 1985 International F1900 Dump | 1129-000 | $2,250.00 |
| 2006 Kaufman Trailer | 1129-000 | $2,750.00 |
| 2002 GEHC 7800 Skidsteer | 1129-000 | $6,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$41,182.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | U.S. Bank National Association | 4210-000 | $248,445.42 | $117,335.57 | $0.00 | $0.00 |
| 7 | U.S. Bank National Association | 4210-000 | $248,445.42 | $191,569.78 | $0.00 | $0.00 |
| 8 | U.S. Bank National Association | 4210-000 | $248,445.42 | $286,022.63 | $12,000.00 | $12,000.00 |
| N/F | U S Bank | 4110-000 | $248,445.42 | NA | NA | NA |
| | **TOTAL SECURED** | | **$993,781.68** | **$594,927.98** | **$12,000.00** | **$12,000.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 2100-000 | NA | $0.00 | $0.00 | $0.00 |
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $4,868.27 | $4,868.27 | $2,218.62 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 3110-000 | NA | $24,007.50 | $24,007.50 | $10,940.95 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 3120-000 | NA | $98.94 | $98.94 | $45.09 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $14.94 | $14.94 | $14.94 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $4.42 | $4.42 | $4.42 |
| Administrative Rent (post-petition storage fees, leases) - Rosa Alfano | 2410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $548.15 | $548.15 | $548.15 |
| On-line Auctioneer/Liquidator for Trustee Fees - PPL Group, LLC | 3630-000 | NA | $1,410.50 | $1,410.50 | $1,410.50 |
| On-line Auctioneer/Liquidator for Trustee Expenses - PPL Group, LLC | 3640-000 | NA | $11,000.00 | $11,000.00 | $11,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$44,952.72** | **$44,952.72** | **$29,182.67** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Illinois Department of Employment Security | 5800-000 | $0.00 | $1,180.29 | $1,180.29 | $0.00 |
| 11 | Illinois Department of Revenue | 5800-000 | $0.00 | $835.00 | $835.00 | $0.00 |
| N/F | Laborers' Pension Fund, et. al. | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,015.29** | **$2,015.29** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank | 7100-000 | $9,268.45 | $9,468.06 | $9,468.06 | $0.00 |
| 2 | Wessels Sherman | 7100-000 | $4,469.00 | $4,571.20 | $4,571.20 | $0.00 |
| 3 | Carroll Distributing | 7100-000 | $7,970.21 | $4,625.41 | $4,625.41 | $0.00 |
| 4 | American Express Bank | 7100-000 | $11,365.03 | $11,419.08 | $11,419.08 | $0.00 |
| 5 | Laborers' Pension & Health & Welfare Funds | 7100-000 | NA | $7,541.43 | $7,541.43 | $0.00 |
| 9 | VCNA Prairie, Inc. | 7100-000 | $61,374.45 | $63,036.38 | $63,036.38 | $0.00 |
| 10U | Illinois Department of Employment Security | 7300-000 | $0.00 | $80.00 | $80.00 | $0.00 |
| N/F | American Express | 7100-000 | $11,365.03 | NA | NA | NA |
| N/F | Capital One Business Visa | 7100-000 | $9,268.45 | NA | NA | NA |
| N/F | Carroll Construction Supplies | 7100-000 | $7,970.21 | NA | NA | NA |
| N/F | Cement Masons Union | 7100-000 | $12,978.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $13,252.78 | NA | NA | NA |
| N/F | Discover Personal Loan | 7100-000 | $8,446.38 | NA | NA | NA |
| N/F | Prairie Material Sales | 7100-000 | $61,374.45 | NA | NA | NA |
| N/F | Rosa Alfano | 7100-000 | $7,500.00 | NA | NA | NA |
| N/F | Ryan L. Young, Esq. Wessels Sherman Joerg Liszka Lavert | 7100-000 | $4,469.00 | NA | NA | NA |
| N/F | Salvatore Alfano | 7100-000 | $12,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | U S Bank Business Visa | 7100-000 | $45,706.68 | NA | NA | NA |
| N/F | Wells Fargo Business | 7100-000 | $79,400.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$368,178.12** | **$100,741.56** | **$100,741.56** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8  
Page: 1

| Case No.: | 15-35781 | Trustee Name: | (330270) Norman B. Newman |
| Case Name: | TRIAD CONCRETE, INC. | Date Filed (f) or Converted (c): | 10/21/2015 (f) |
| | | § 341(a) Meeting Date: | 12/09/2015 |
| For Period Ending: | 01/19/2018 | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Mortgage on R/E and blanket UCC-1, assets. Imported from original petition Doc# 1 | 308,138.00 | 59,692.58 | | 0.00 | FA |
| 2  Asset was a duplicate to #1 - deleted (u) Imported from Amended Doc#: 6 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3  MB Financial Bank Checking Account Imported from Amended Doc#: 6 | 13,138.00 | 13,138.00 | | 13,507.77 | FA |
| 4  Traid Custom Builders (also in companion chapter Imported from Amended Doc#: 6 | 52,956.00 | 52,956.00 | | 0.00 | FA |
| 5  Third Party AR (u) Imported from Amended Doc#: 6 | 20,000.00 | 20,000.00 | | 13,569.90 | FA |
| 6  2006 Sterling Truck Crane Imported from original petition Doc# 1 | 90,000.00 | 90,000.00 | | 0.00 | FA |
| 7  1999 GMC Cube Van Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8  1999 International 4700 Dumo Imported from original petition Doc# 1 | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 9  2003 Kaufman Trailer Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10  2006 Kaufman Trailer Imported from Amended Doc#: 6 | 8,000.00 | 8,000.00 | | 2,750.00 | FA |
| 11  1985 International F1900 Dump Imported from Amended Doc#: 6 | 8,000.00 | 8,000.00 | | 2,250.00 | FA |
| 12  2002 GEHC 7800 Skidsteer Imported from original petition Doc# 1 | 12,000.00 | 12,000.00 | | 6,600.00 | FA |
| 13  98 GEHL 5625 Skipsteer Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 14  1997 GEHL 4615 SkidSteer Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15  Misc. Hand Tools Imported from Amended Doc#: 6 | 5,000.00 | 5,000.00 | | 2,505.00 | FA |
| **15**  Assets Totals (Excluding unknown values) | **$549,232.00** | **$300,786.58** | | **$41,182.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

Begining TFR preparation.

**Current Projected Date Of Final Report (TFR):** 11/17/2017 (Actual)    **Initial Projected Date Of Final Report (TFR):** 11/30/2016

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-35781 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | TRIAD CONCRETE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1624 | Account #: | ******7666 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/15 | {3} | Sal Alfano | Turnover of funds from Bank Account | 1129-000 | 13,507.77 | | 13,507.77 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.00 | 13,496.77 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.71 | 13,478.06 |
| 02/15/16 | 101 | Rosa Alfano | Storage Fees pursuant to Order entered 1/26/16 | 2410-000 | | 3,000.00 | 10,478.06 |
| 02/17/16 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #15-35781, Bond #10BSBGR6291 | 2300-000 | | 14.94 | 10,463.12 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.53 | 10,445.59 |
| 03/09/16 | | PPL Group, LLC | Proceed from auction sale | | 1,694.50 | | 12,140.09 |
| | {10} | | $2,750.00 | 1129-000 | | | 12,140.09 |
| | {11} | | $2,250.00 | 1129-000 | | | 12,140.09 |
| | {12} | | $6,600.00 | 1129-000 | | | 12,140.09 |
| | {15} | | $2,505.00 | 1129-000 | | | 12,140.09 |
| | | | Auctioneer Fees -$1,410.50 | 3630-000 | | | 12,140.09 |
| | | | Auctioneer Expenses -$11,000.00 | 3640-000 | | | 12,140.09 |
| 03/28/16 | {5} | Greater Illinois Title Co. | Kimball Court Apartments Projects Balance | 1221-000 | 9,324.10 | | 21,464.19 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.07 | 21,445.12 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.73 | 21,415.39 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.69 | 21,385.70 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.74 | 21,351.96 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.60 | 21,322.36 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.64 | 21,288.72 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.53 | 21,258.19 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.47 | 21,228.72 |

Page Subtotals:   $24,526.37   $3,297.65

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-35781 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | TRIAD CONCRETE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1624 | Account #: | ******7666 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.48 | 21,196.24 |
| 12/21/16 | {5} | Title Services, Inc. | Account Receivable due on Finley Appartment | 1221-000 | 4,245.80 | | 25,442.04 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.82 | 25,410.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.97 | 25,371.25 |
| 02/10/17 | 103 | U.S. BANK National Association | Full satisfaction of secured claim | 4210-000 | | 12,000.00 | 13,371.25 |
| 02/13/17 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #15-35781, Bond #016073584 | 2300-000 | | 4.42 | 13,366.83 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.57 | 13,340.26 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.82 | 13,320.44 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.88 | 13,302.56 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.04 | 13,281.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.10 | 13,262.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.43 | 13,243.99 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.95 | 13,223.04 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.38 | 13,204.66 |
| 12/13/17 | 105 | MUCH P.C. SHELIST | Final Distribution pursuant to Court Order dated 12/13/17. | 3120-000 | | 45.09 | 13,159.57 |
| 12/13/17 | 106 | MUCH P.C. SHELIST | Final Distribution pursuant to Court Order dated 12/13/17. | 3110-000 | | 10,940.95 | 2,218.62 |
| 12/13/17 | 107 | Norman B. Newman | Final Distribution pursuant to Court Order dated 12/13/17. | 2100-000 | | 2,218.62 | 0.00 |
| | | **COLUMN TOTALS** | | | 28,772.17 | 28,772.17 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | 28,772.17 | 28,772.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$28,772.17** | **$28,772.17** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)                                                        *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-35781 | **Trustee Name:** | Norman B. Newman (330270) | |
| **Case Name:** | TRIAD CONCRETE, INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1624 | **Account #:** | ******7666 Checking Account | |
| **For Period Ending:** | 01/19/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7666 Checking Account | $28,772.17 | $28,772.17 | $0.00 |
| | **$28,772.17** | **$28,772.17** | **$0.00** |